*Unsealed*

*Sealed — Public and unofficial staff access to this instrument are prohibited by court order.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CRIMINAL NO. B-25-991 |
| ~~MARIA~~ GUADALUPE LOPEZ [Mayra] | § | |

*Amended*

SEALED
INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

On or about September 11, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant

~~MARIA~~ [Mayra] GUADALUPE LOPEZ,

did intentionally and knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with Deputy United States Marshal, Arturo Perez, while the Deputy United States Marshal was engaged in the performance of his official duties, and such acts involved physical contact.

In violation of Title 18, United States Code, Section 111(a)(1).

## COUNT TWO

On or about September 11, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant

~~MARIA~~ [Mayra] GUADALUPE LOPEZ,

did intentionally and knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with Enforcement and Removal Operations Task Force Officer, Alex McManus,

while the Enforcement and Removal Operations Task Force Officer was engaged in the performance of his official duties, and such acts involved physical contact.

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*[signature]*

DAVID CORONADO
Assistant United States Attorney

TRUE COPY I CERTIFY AND ATTEST:
NATHAN OCHSNER, CLERK OF COURT
BY _____
         DEPUTY CLERK